UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABA M. ABU,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-941-RAJ-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The court has considered the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge.  No one has objected to the R&R.  The court ADOPTS the R&R (Dkt. # 15), REVERSES the Commissioner's decision, and REMANDS this case to the Social Security Administration for further proceedings consistent with the R&R.

The clerk shall enter judgment for Plaintiff and ensure that Judge Tsuchida receives notice of this order.

DATED this 8th day of December, 2014.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1